*KSC/04.16.24*
AA/AS: USAO #2024R00165



USDC- BALTIMORE
*24 APR 17 PM 4:25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
|  | * |  |
|  | * | **CRIMINAL NO.** DKC 24cr126 |
| **v.** | * |  |
|  | * | **(Conspiracy to Distribute and Possess** |
| **THOMAS CUMMINGS-EL, JR.** | * | **with Intent to Distribute Controlled** |
|  | * | **Substances, 21 U.S.C. § 846; Possession** |
|  | * | **with Intent to Distribute Controlled** |
|  | * | **Substances, 21 U.S.C. § 841; Possession** |
|  | * | **of a Firearm and Ammunition by a** |
|  | * | **Prohibited Person, 18 U.S.C. § 922(g);** |
| **Defendants.** | * | **Possession of a Firearm in Furtherance** |
|  | * | **of a Drug Trafficking Crime, 18 U.S.C.** |
|  | * | **§ 924(c); Forfeiture, 18 U.S.C. § 924(d),** |
|  | * | **21 U.S.C. § 853, 28 U.S.C. § 2461)** |
|  | * |  |
|  | * |  |

## INDICTMENT

### COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

From in or about January 2023, and continuing through in or about September 8, 2023, in

the District of Maryland and elsewhere,

### THOMAS CUMMINGS-EL, JR.,



the defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate,

and agree with each other and with others known and unknown to the Grand Jury to knowingly,

intentionally, and unlawfully distribute and possess with intent to distribute 40 grams or more of

a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(B)

## COUNT TWO
### (Distribution and Possession with the Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about June 7, 2023, in the District of Maryland, the Defendant,

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(C)

**COUNT THREE**
**(Distribution and Possession with the Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about August 17, 2023, in the District of Maryland, the Defendant,

**THOMAS CUMMINGS-EL, JR.,**

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1).


21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(C)

## COUNT FOUR
### (Possession with the Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about September 8, 2023, in the District of Maryland, the Defendant,

### THOMAS CUMMINGS-EL, JR.,

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(B)

## COUNT FIVE
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about September 8, 2023, in the District of Maryland, the defendant,

### THOMAS CUMMINGS-EL, JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition—that is a loaded Taurus model 605 Protector (Protector Poly), .357 magnum caliber, bearing serial number ADL932725 and 5 rounds of Ammo Inc., .357 magnum caliber ammunition—and the firearm and ammunition were in and affecting commerce.


18 U.S.C. § 922(g)(1)

## COUNT SIX
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about September 8, 2023, in the District of Maryland, the Defendant,

### THOMAS CUMMINGS-EL, JR.,

did knowingly possess a firearm, to wit, a loaded Taurus model 605 Protector (Protector Poly), .357 magnum caliber, bearing serial number ADL932725, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), as alleged in Count Four of this Indictment.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions under Counts One through Seven of this Indictment.

### Narcotics Forfeiture

2.      Upon conviction of the offense(s) alleged in Counts One through Four or Six of this Indictment, the Defendants,

### THOMAS CUMMINGS-EL, JR.,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

> a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and
>
> b.  any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

3.      Upon conviction of the offense(s) alleged in Counts Five or Six of this Indictment, the Defendant,

### THOMAS CUMMINGS-EL, JR.,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

## Property Subject to Forfeiture

4.    The property to be forfeited includes, but is not limited to, the following:

    a.    two gold necklaces seized from Thomas Cummings-El, Jr.'s residence in Baltimore, Maryland on or around September 8, 2023;

    b.    a diamond Rolex watch seized from Thomas Cummings-El, Jr.'s residence in Baltimore, Maryland on or around September 8, 2023; and

    c.    a Taurus model 605 Protector (Protector Poly), .357 magnum caliber handgun, bearing serial number ADL932725; and

    d.    a magazine containing approximately five rounds of Ammo Inc., .357 magnum caliber ammunition.

## Substitute Assets

5.    If, as a result of any act or omission by the Defendants, any of the property described above as being subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

_Erek L. Barron /AA_

Erek L. Barron
United States Attorney

A TRUE BILL

Foreperson **SIGNATURE REDACTED**

Date: _04·17·24_